FILED
AUG 0 7 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07MJ1626 |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| VALERIE KNOX, ) | Craig T. Wormley |
| ) | Defendant's Attorney |

REGISTRATION NO. 01781298

VIOLATION: 49 USC 49506 & 18 USC 113(a)(5) - ASSAULT ON AN AIRCRAFT (MISDEMEANOR)

_x_ Defendant pleaded guilty to count
___ Count(s) _____ dismissed on the government's oral motion.

### JUDGMENT

_x_ Defendant is adjudged guilty on count 1

_x_ SUPERVISED Probation for a term of (01) Year followed by (01) Year of UNSUPERVISED Probation
on the following conditions:
_x_ obey all laws, Federal, State and Municipal;
_x_ comply with all lawful rules and regulations of the probation department;
_x_ not possess any narcotic drug or controlled substance without a lawful medical prescription;
_x_ defendant shall refrain from excessive use of alcohol;
_x_ defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
_x_ not possess any firearm, destructive device or any other dangerous weapon;
_x_ the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
_x_ the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
_x_ Penalty assessment of $ 10
_x_ Fine waived      ___ Fine of $

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence

_/s/ Barbara L. Major_
BARBARA LYNN MAJOR
UNITED STATES MAGISTRATE JUDGE
Entered on: